IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JARVIS HARMON,

      Petitioner,

v.                              Case No.  5D18-2073

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed July 27, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Jarvis Harmon, Perry, pro se.

No appearance for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the March 8, 2018, order denying Petitioner's pro se Motion to Correct Illegal Sentence,  filed in Case No. 2011-CF-17214-A-O in the Ninth Judicial Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


PETITION GRANTED.

PALMER, BERGER and LAMBERT, JJ., concur.